IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MORTGAGE GUARANTY INSURANCE CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-00233 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on April 2, 2010 on Plaintiff's motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than march 4, 2010 and a reply brief shall be filed by no later than March 11, 2010

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 18, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE