United States District Court
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  COUNTRYWIDE HOME LOANS, INC., ET
   AL.,
9                                                    No. C 10-00233 JSW
              Plaintiffs,
10
      v.
11                                               **ORDER STRIKING MOTION TO
   MORTGAGE GUARANTY INSURANCE              **STAY WITHOUT PREJUDICE**
12  CORPORATION,
13            Defendant.
                                                    /
14

15        This matter is currently set for a hearing on September 16, 2011 on Defendant Mortgage

16  Guaranty Insurance Company's motion to stay the action pending resolution of arbitration.

17  This motion was re-noticed based on the previously-filed memorandum of points and

18  authorities filed on March 19, 2010.  Due to the intervening proceedings in this action and

19  having carefully reviewed the previously-filed papers, the Court finds the motion as currently

20  submitted addresses issues extraneous to the motion to stay that are no longer applicable.  In

21  order that the Court properly address only those issues remaining to be adjudicated, the Court

22  STRIKES the pending motion to stay and VACATES the hearing set for September 16, 2011.

23  This is without prejudice to Defendant MGIC re-filing the motion to stay, addressing only those

24  remaining legal issues required to be addressed by the Court in this changed procedural posture.

25        **IT IS SO ORDERED.**

26  Dated:  August 29, 2011

27                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
28