**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, | |
| Plaintiff, | No. C 10-00233 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| MORTGAGE GUARANTY INSURANCE CORPORATION, | |
| Defendant. | |

On October 18, 2011, the Court granted Defendant's motion to stay pending arbitration, and it administratively closed this case. (Docket No. 64.) The Court HEREBY ORDERS the parties to file a joint status report on the status of the arbitration proceedings or, if appropriate, a dismissal. The parties' joint status report shall be due by June 28, 2013.

**IT IS SO ORDERED.**

Dated: June 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE