REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   David E. Weiss (SBN 148147)
    Roxanne M. Anderson (SBN 244935)
2   REED SMITH LLP
    101 Second Street, Suite 1800
3   San Francisco, CA 94105-3659
    Telephone: (415) 543-8700
4   Facsimile: (415) 391-8269
    dweiss@reedsmith.com
5   randerson@reedsmith.com

6   David M. Halbreich (SBN 138926)
    REED SMITH LLP
7   355 South Grand Avenue
    Suite 2900
8   Los Angeles, CA 90071
    Telephone: (213) 457-8000
9   Facsimile: (213) 457-8080
    dhalbreich@reedsmith.com
10
    Attorneys for Plaintiffs COUNTRYWIDE
11  HOME LOANS, INC., and BANK OF
    AMERICA, N.A.
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16

17  **COUNTRYWIDE HOME LOANS, INC.,**        **Case No.  C 10 0233 JSW**
    **and BANK OF AMERICA, N.A.**
18  **(successor to BAC Home Loans Servicing,**   [~~PROPOSED~~] **ORDER GRANTING**
    **LP and f/k/a Countrywide Home Loans**       **STIPULATION OF DISMISSAL**
19  **Servicing, LP),**
                                               **Honorable Jeffrey S. White**
20           **Plaintiffs,**

21      **v.**

22  **MORTGAGE GUARANTY**
    **INSURANCE CORPORATION,**
23
             **Defendant.**
24

25

26          Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED

27  that that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and based on the Amended and

28  Restated Confidential Settlement Agreement and Release, dated March 2, 2015, by and among

Case No. C 10 0233 JSW                                              US_ACTIVE-122713294.1

1 MGIC, CHL, and BANA, in its capacity as master servicer or servicer (the "CHL Settlement

2 Agreement"), and the Confidential Settlement Agreement and Release, dated April 19, 2013, as

3 amended, by and between MGIC and BANA (the "BANA Settlement Agreement," and together

4 with the CHL Settlement Agreement, the "Settlement Agreements"), the above-captioned action is

5 dismissed with prejudice as to the loans listed on Exhibit A and without prejudice as to the loans

6 listed on Exhibit B. This dismissal expressly is conditioned upon and based on the Settlement

7 Agreements.

8       Each party shall bear its own costs and attorneys' fees.

9       PURSUANT TO STIPULATION, IT IS SO ORDERED:

10

11 DATED: __July 10_____, 2015

12

13 _____

14 JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C 10 0233 JSW      – 2 –      US_ACTIVE-122713294.1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL